U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAY - 5 2016

TONY R. MOORE, CLERK
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH KEITH MILTON, Plaintiff | CIVIL ACTION NO. 1:15-CV-2796; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| WARDEN DAUZAT, ET AL., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41.3 of the Local Rules for the Western District of Louisiana.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 5th day of May, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE